FILED

10/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0197

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0197

_____

MICHAEL J. O'BRIEN and LINDA S. O'BRIEN,

      Plaintiffs and Appellants,

  v.

RAYMOND O'BRIEN, ERIN BRENTESON,
RANDY BRENTESON and J.C. O'BRIEN
& SONS, INC., a Montana corporation,

      Defendants and Appellees.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heather Perry, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2022